```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MICHAEL FORSTL,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :          24 Civ. 5691 (JPC)
                -v-                                                    :
                                                                       :               ORDER
MORGAN CREEK CAPITAL MANAGEMENT, LLC et                                :
al.,                                                                   :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant's motion to dismiss, Dkt. 15, along with the motion's accompanying declaration and exhibits, Dkts. 15-1, 15-2, 15-3, 15-4, and memorandum of law, Dkt. 16.  Pursuant to Rule 6.A of the Court's Individual Rules and Practices for Civil Cases, a party seeking to file a motion, with exceptions not applicable here, must submit a pre-motion letter of not more than three pages notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule.  *See* https://www.nysd.uscourts.gov/hon-john-p-cronan.  Any opposing party must then submit a responsive letter of the same length within three business days of the submission of the pre-motion letter.

Defendant's motion to dismiss is thus denied without prejudice for failure to comply with the Court's Individual Rules.  The Court *sua sponte* extends Defendant's deadline to file an answer or move against the Complaint until October 4, 2024.  As also provided in Rule 6.A of the Court's Individual Rules and Practices, Defendant's filing of a pre-motion letter would stay this October 4, 2024 deadline.  The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.

Dated: October 1, 2024
      New York, New York

                                                   JOHN P. CRONAN
                                         United States District Judge