```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
MICHAEL FORSTL,                                 :
                                                :
                        Plaintiff,              :
                                                :          24 Civ. 5691 (JPC)
        -v-                                     :
                                                :               ORDER
MORGAN CREEK CAPITAL MANAGEMENT, LLC            :
and MARK YUSKO,                                 :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court notes that neither party has moved for a stay of discovery pending the Court's disposition of Defendants' motion to dismiss. Therefore, the parties shall file a proposed civil Case Management Plan and Scheduling Order by April 4, 2025. A model order can be found at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: March 28, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge